HANSON BRIDGETT LLP
MICHAEL F. DONNER (SBN 155944)
mdonner@hansonbridgett.com
SAMANTHA D. WOLFF (SBN 240280)
swolff@hansonbridgett.com
DAVID J. PARTIDA (SBN 304996)
dpartida@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Plaintiffs

ANN K. JOHNSTON (SBN 145022)
ajohnston@jo-sm.com
TED A. SMITH (SBN 159986)
tsmith@jo-sm.com
JOHNSTON | SMITH, ALC
1050 Northgate Drive, Suite 510
San Rafael, CA 94903
Tel: (415) 891-3321 | Fax: (415) 891-3322

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRONTIER MANAGEMENT LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | Case No. 1:19-cv-01600-DAD-EPG<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF**<br><br>Judge:  Hon. Erica P. Grosjean<br>Crtrm.:  10 |

**TO THE COURT**:

This is a request to extend the non-expert and expert discovery deadlines by 90 days to accommodate an ongoing settlement effort. The non-expert discovery deadline expires on January 29, 2021, expert disclosures are due March 19, 2021, rebuttal expert disclosures are due April 19, 2021, and the expert discovery cutoff is May 19, 2021. On December 8, 2020, the Parties submitted a joint status report informing the Court that the parties had exchanged a draft

1  settlement agreement, and the parties jointly recommended that the December 15, 2020 Mid-
2  Discovery Status Conference that was scheduled for this matter be continued for 60 days to enable
3  Defendant to respond to Plaintiffs' proposed modifications to the draft settlement agreement. On
4  December 9, 2020, the Court continued the Mid-Discovery Status Conference from December 15,
5  2020 until February 24, 2021.  So that the parties my complete this process while relieving the
6  pressure and expense of the current discovery deadline, the Parties seek the 90 day continuance of
7  the currently calendared discovery deadlines.
8        Wherefore, the parties request that the court extend the aforementioned non-expert
9  discovery deadline to April 29, 2021, expert disclosures to June 17, 2021, rebuttal expert
10 disclosures to July 19, 2021, 2021, and the expert discovery cutoff to August 17, 2021.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**So Stipulated.**

DATED:  December 24, 2020			HANSON BRIDGETT LLP

By: /s/ Samantha D. Wolff
Michael F. Donner
Samantha D. Wolff
David J. Partida
Attorneys for Plaintiffs
FRONTIER MANAGEMENT LLC; THE RODERICK FAMILY, LLC; GREGORY A. RODERICK; CLOVIS SHAW ASSOCIATES, LLC; CLOVIS ASSISTED LIVING FACILITIES ONE; SHAW MEMORY PARTNERS, LLC; and CCV SENIOR LIVING PROPERTIES, LP

DATED:  December _24, 2020			JOHNSTON | SMITH

By:  /s/ Ted A. Smith
Ann K. Johnston
Ted A. Smith
Attorneys for Navigators Specialty Insurance Company

-3-
STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF

17155419.1

# ORDER

Pursuant to the Stipulation of the parties (ECF No. 23), the Scheduling Order (ECF No. 18) is modified as follows:

| Event | Deadline/Date |
| --- | --- |
| Nonexpert Discovery Cutoff | April 29, 2021 |
| Expert Disclosure | June 17, 2021 |
| Rebuttal Expert Disclosure | July 19, 2021 |
| Expert Discovery Cutoff | August 17, 2021 |
| Dispositive Motion Deadline | July 20, 2021 |
| Pretrial Conference | January 24, 2022, 1:30 PM, Courtroom 5 (DAD) |
| Trial | Not Set |

All other terms and conditions of the Scheduling Order (ECF No. 18) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **January 4, 2021**         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE