UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTIER MANAGEMENT LLC, et al., | Case No. 1:19-cv-01600-DAD-EPG |
| Plaintiffs, | |
| v. | ORDER DIRECTING PARTIES TO FILE A NOTICE OF SETTLEMENT OR JOINT STATUS REPORT |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

On February 24, 2021, the Court held a Mid-Discovery Status Conference. (ECF No. 26.) Prior to the conference, the parties filed a Joint Status Report indicating that they were negotiating final revisions to a settlement agreement. (ECF No. 25.) The Court ordered the parties, no later than April 15, 2021, to file either a notice of settlement pursuant to Local Rule 160 or a joint proposal for a revised schedule for the case going forward. (ECF No. 27.) On April 15, 2021, the parties filed a Joint Status Report requesting that the Court set a settlement conference to assist the parties in resolving the final conditions for settlement of this matter. (ECF No. 28.) On April 30, 2021, the Court issued an order setting a Settlement Conference on May 14, 2021, with Magistrate Judge Kendall J. Newman. (ECF No. 29.) On May 7, 2021, Magistrate Judge Newman issued an order vacating the settlement conference. (ECF No. 30.)

///

In light of Magistrate Judge Newman's order, the Court will direct the parties to file a joint status report addressing the status of this case. Alternatively, if the parties have reached a settlement, they should file a notice of settlement pursuant to Local Rule 160.

Accordingly, IT IS HEREBY ORDERED that, within seven (7) days of entry of this order, the parties shall file either a notice of settlement pursuant to Local Rule 160 or a joint status report regarding the status of this case, including the status of settlement, whether the parties believe modification of the Scheduling Order is necessary, and a joint proposal for a revised schedule if necessary.

IT IS SO ORDERED.

Dated: **May 11, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE