1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11  FRONTIER MANAGEMENT LLC, et al.,          Case No. 1:19-cv-01600-DAD-EPG

12                                            **NOTICE OF SETTLEMENT AND**
                    Plaintiffs,               **STIPULATED JOINT MOTION TO STAY**
13                                            **ALL DEADLINES PENDING**
            v.                                **CONSUMMATION OF SETTLEMENT;**
14                                            **ORDER THEREON**
    NAVIGATORS SPECIALTY INSURANCE
15  COMPANY,

16                  Defendants.

17

18          Plaintiffs Frontier Management LLC; The Roderick Family, LLC; Gregory A. Roderick;

19  Clovis Shaw Associates, LLC; Clovis Assisted Living Facilities One; Shaw Memory Partners,

20  LLC; and CCV Senior Living Properties, LP (collectively the "Plaintiffs"), and Defendant

21  Navigators Specialty Insurance Company ("Defendant"), hereby respectfully submit this Notice of

22  Settlement and Joint Motion to Stay all Deadlines pending consummation of the terms, and show:

23          1.      The parties to this case reached a settlement and are awaiting the parties' signatures

24  to a Joint Release and Settlement Agreement (Agreement). The settlement will dispose of all

25  parties and all issues.

26          2.      The parties anticipate that the Agreement will be executed in full, and that

27  performance in accordance with the terms will occur within approximately 30 days. Plaintiffs will

28  then file a dismissal prejudice of this matter within 5 days of performance. In the unlikely event

Case No. 1:19-cv-01600-DAD-EPG

NOTICE OF SETTLEMENT AND STIPULATED JOINT MOTION TO STAY ALL DEADLINES PENDING
CONSUMMATION OF SETTLEMENT; ORDER THEREON

17544026.1

that performance is not completed in accordance with the settlement, the parties will promptly notify the Court and request a telephonic status hearing before the United States Magistrate Judge.

Accordingly, Plaintiffs and Defendant respectfully request that the Court stay all deadlines in this case pending finalization of the parties' settlement.

DATED: May 19, 2021

Respectfully submitted,

HANSON BRIDGETT LLP

By: _/s/ David J. Partida_
MICHAEL F. DONNER, SBN 155944
mdonner@hansonbridgett.com
SAMANTHA D. WOLFF, SBN 240280
swolff@hansonbridgett.com
DAVID J. PARTIDA, SBN 304996
dpartida@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Agreed:

By: _/s/ Ted A. Smith_
ANN K. JOHNSTON (SBN 145022)
ajohnston@jo-sm.com
TED A. SMITH (SBN 159986)
tsmith@jo-sm.com
JOHNSTON | SMITH, ALC
1050 Northgate Drive, Suite 510
San Rafael, CA 94903
Tel: (415) 891-3321
Fax: (415) 891-3322

**ORDER**

As a Notice of Settlement has been filed (ECF No. 32), pursuant to Local Rule 160, the Court VACATES any and all deadlines and hearings currently pending before the Court.

The Court further DIRECTS the parties to file the appropriate dismissal documents no later than June 23, 2021. If the parties are unable to file appropriate dismissal documents, they shall file a joint status report on or before June 23, 2021, addressing whether an extension is requested or, in the alternative, a proposed revised schedule for this case. Any request to extend the time for filing dismissal documents shall be supported by good cause. *See* Local Rule 160(b).

IT IS SO ORDERED.

Dated:   **May 20, 2021**

/s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE

17544026.1