UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTIER MANAGEMENT LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:19-cv-01600-DAD-EPG<br><br>ORDER GRANTING JOINT REQUEST TO CONTINUE DEADLINE TO FILE DISMISSAL DOCUMENTS<br><br>(ECF No. 36) |

On July 23, 2021, the parties filed a joint request to extend the deadline to file dismissal documents. (ECF No. 36.) This is the parties' second request to extend the dismissal document deadline. On June 23, 2021, the parties filed a joint request for an extension because they were still in the process of obtaining all necessary signatures to the settlement agreement. (ECF No. 34.) The Court entered an order on June 23, 2021, granting the parties' request and extending the dismissal document deadline to July 23, 2021. (ECF No. 35.)

According to the parties, all necessary signatures to the settlement agreement have now been obtained. (ECF No. 36.) However, payment is not due until August 11, 2021, and Plaintiff is not able to file dismissal documents until payment occurs. (*Id.*) The parties request a further extension to August 20, 2021. (*Id.*)

///

///

1     Having reviewed the parties' joint request, IT IS HEREBY ORDERED that the parties
2 shall file appropriate dismissal documents no later than August 20, 2021. <u>No further extensions
3 will be granted absent good cause</u>.

4
5 IT IS SO ORDERED.

6    Dated:   **July 26, 2021**                    /s/ Erica P. Grosjean
7                                                      UNITED STATES MAGISTRATE JUDGE