UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTIER MANAGEMENT LLC, et al., | Case No. 1:19-cv-01600-DAD-EPG |
| Plaintiffs, | |
| v. | ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | (ECF No. 38) |
| Defendant. | |

The parties have filed a stipulation to dismiss this entire action without prejudice. (ECF No. 38.) In light of the stipulation, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __**August 19, 2021**__           /s/ Erica P. Grosjean
                                                                                  UNITED STATES MAGISTRATE JUDGE